



Term #27
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>FIRST LA BREA LLC, a California limited liability company; and DOES 1-10,<br><br>  Defendants. | Case No.: 2:20-cv-00094-PSG-JPR<br><br>[PROPOSED] JUDGMENT<br>(RE: DEFAULT JUDGMENT) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Anthony Smith shall have JUDGMENT in his favor in the amount of $11,284.10 against defendant First La Brea LLC.

Additionally, defendant First La Brea LLC is ordered to provide compliant signage, accessible parking spaces, and accessible paths of travel, at the property located at or about 903 N. La Brea Ave., Inglewood, CA 90302, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 6/30/2020

U.S. District Judge Philip S. Gutierrez

*Presented by*:

Anoush Hakimi, Esq.
(323) 672 – 8281
anoush@handslawgroup.com
Attorney for Plaintiff Anthony Smith

[PROPOSED] JUDGMENT     2     2:20-CV-00094-PSG-JPR